IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-2369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff(s),

v.

MPHASE TECHNOLOGIES, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 15) is GRANTED. The written Stipulated Protective Order (docket no. 15-2) is APPROVED as amended in paragraphs 24 and 27 and made an Order of Court.

Date: February 22, 2008