IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff,

v.

MPHASE TECHNOLOGIES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that Defendant's Motion to Extend Its Discovery and Related Deadlines (docket no. 21) and Plaintiff's Motion to Amend Scheduling Order (docket no. 24) are both **GRANTED** finding good cause shown. The parties have made efforts during the settlement conference conducted by Magistrate Judge Watanabe on April 22, 2008, and thereafter to settle this case. However, this case was unable to be settled. No trial date has been set, and justice requires that this court extend the discovery deadlines. The deadline to complete discovery is extended to August 29, 2008. The deadline to file dispositive motions is extended to September 30, 2008. The deadline to designate experts is extended to July 21, 2008, and the deadline to designate rebuttal experts is extended to August 15, 2008. All depositions including the experts shall be completed by August 29, 2008. The Final Pretrial Conference remains set on October 1, 2008, at 9:00 a.m. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: July 1, 2008