IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff,

v.

MPHASE TECHNOLOGIES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Plaintiff's Second Motion to Amend Scheduling Order, DN 33, filed with the Court on August 29, 2008, is GRANTED for the purpose of Plaintiff taking the depositions of Defendant's witnesses on or before September 30, 2008.

Date:  September 3, 2008