IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff,

v.

MPHASE TECHNOLOGIES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that Plaintiff's Motion to Compel Defendant to Provide Complete Discovery Responses (docket no 28) is DENIED WITHOUT PREJUDICE. As to Plaintiff's interrogatory 19 and request for production of document 1, Defendant is in the process of producing the requested (massive and voluminous) public SEC filings and expects such documents to be ready by September 12, 2008. As to Plaintiff's request for production of documents 2, 4, 5 and 6, it appears that responses to the same have been provided to Plaintiff or are being produced as they become available. Moreover, it appears that Plaintiff has taken a number of depositions of Defendant's personnel wherein information that is being sought in the subject motion was addressed.

Date: September 10, 2008