IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff,

v.

MPHASE TECHNOLOGIES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order and Minute Order (docket no. 44) is GRANTED finding good cause shown. The Final Pretrial Conference set on October 1, 2008, at 9:00 a.m. is VACATED and the parties shall contact the court within five (5) days of this minute order to reset the Final Pretrial Conference.

It is FURTHER ORDERED that the Dispositive Motions deadline is extended up to and including October 30, 2008.

Date: September 26, 2008