# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 07-cv-02369-ZLW-MJW | FTR - Courtroom A-502 |
| Date: October 08, 2008 | Courtroom Deputy, Ellen E. Miller |
| MAGPIE TELECOM INSIDERS, INC., | Robert L. Matthews |
| | Mary V. Sooter |
| Plaintiff(s), | James G. Sawtelle |
| v. | |
| MPHASE TECHNOLOGIES, INC., | David S. Sanderson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 9:00 a.m.
Court calls case. Appearances of counsel. Also present at defense table is Martin Smiley.

The Court raises Defendant's Motion to Compel the Deposition of James Sawtelle [Docket No. 30] for argument.

Arguments by David Sanderson and Robert Matthews.

The Court raises Plaintiff's Motion to Compel deposition of Defendant's Expert, or in the Alternative, to Exclude as Witness [Docket No. 32] for argument.

Arguments by Mary Sooter and David Sanderson, with comments by Martin Smiley.

**It is ORDERED:** Defendant's Motion to Compel the Deposition of James Sawtelle [Docket No. 30, filed August 20, 2008] is **TAKEN UNDER ADVISEMENT.** The Court will issue its written Order.

**It is ORDERED:** Plaintiff's Motion to Compel deposition of Defendant's Expert, or in the Alternative, to Exclude as Witness [Docket No. 32. filed August 29, 2008] is **TAKEN UNDER ADVISEMENT.** The Court will issue its written Order.

The Court anticipates addressing Plaintiff's Motion for Leave to File Sur-Reply [Docket No. 52, Filed October 06, 2008] in the same Order.

It is noted Plaintiff filed a Renewed Motion to Compel defendant to Provide Complete Discovery Responses [Docket No. 50, filed October 01, 2008] which will be decided in due course.

*07-cv-02369-ZLW-MJW*
*Motions Hearing*
*October 08, 2008*

Hearing concluded.
**Court in recess:** 10:01
Total In-Court Time    01: 01

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.