IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff(s),

v.

MPHASE TECHNOLOGIES, INC.,

Defendant(s).

_____

## MINUTE ORDER

_____

It is hereby ORDERED that Plaintiff's Renewed Motion to Compel Defendant to
Provide Complete Discovery Responses (docket no. 50) is DENIED. Defendant has
provided to Plaintiff adequate and full responses to their discovery requests.

Date:  October 23, 2008