IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02369-ZLW-MJW

MAGPIE TELECOM INSIDERS INC.,

Plaintiff(s),

v.

MPHASE TECHNOLOGIES, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Strike Plaintiff's Exhibit List (docket no. 88) is DENIED WITHOUT PREJUDICE. The parties can revisit this issue when they meet with Judge Weinshienk at the final trial preparation conference.

     It is FURTHER ORDERED that Defendant's Motion to Compel Discovery Responses (docket no. 64) is DENIED for all of those reasons as stated within the Plaintiff's Response (docket no. 78), which this court incorporates by reference as my basis for denying this motion (docket no. 64).

Date:    December 4, 2008