IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02369-ZLW-MJW

MAGPIE TELECOM INSIDERS, INC., a Colorado corporation,

    Plaintiff,

v.

MPHASE TECHNOLOGIES, INC., a New Jersey corporation,

    Defendant.

## ORDER

This matter was before the Court on January 7, 2009, for oral argument on Plaintiff's Motion For Summary Judgment. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Plaintiff's Motion For Summary Judgment (Doc. No. 67) is granted in part and denied in part. It is

FURTHER ORDERED that Plaintiff's motion is granted as to Defendant's Third, Fourth, and Fifth Counterclaims, and said Counterclaims are dismissed with prejudice. It is

FURTHER ORDERED that Plaintiff's motion otherwise is denied.

DATED at Denver, Colorado this 14th day of January, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court