IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02369-ZLW-MJW

MAGPIE TELECOM INSIDERS, INC., a Colorado corporation,

    Plaintiff,

v.

MPHASE TECHNOLOGIES, INC., a New Jersey corporation,

    Defendant.
_____

## ORDER
_____

The matter before the Court is Defendant's Motion For Reconsideration Including Relief From Order. The Court has reviewed the motion, case file, and applicable legal authority. It is

ORDERED that Defendant's Motion For Reconsideration Including Relief From Order (Doc. No. 110) is denied.

Dated at Denver, Colorado, this 4th day of February, 2009.

                              BY THE COURT:

                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court